# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00463-CV

**Country Coach, Inc., Appellant**

**v.**

**Texas Department of Transportation Motor Vehicle Board, Appellee**

## DIRECT APPEAL FROM TEXAS DEPARTMENT OF TRANSPORTATION MOTOR VEHICLE BOARD

On November 13, 2001, appellant Country Coach, Inc. filed a motion in this Court to dismiss its appeal. The motion is granted. The appeal is dismissed. *See* Tex. R. App. P. 42.1(a)(2).

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: November 29, 2001

Do Not Publish